IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Crittenden, Carl | Case Number: 07 B 03361 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 12/10/08 | Filed: 2/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 27, 2008
Confirmed: June 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,403.00 |  |
| Secured: |  | 8,735.30 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,038.67 |
| Trustee Fee: |  | 629.03 |
| Other Funds: |  | 0.00 |
| Totals: | 11,403.00 | 11,403.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 700.00 | 4.67 |
| 2. | Robert J Semrad & Associates | Administrative | 2,034.00 | 2,034.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Chicago Municipal Employees CU | Secured | 9,070.87 | 1,980.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 15,545.86 | 6,755.30 |
| 6. | Chase Tax Related Products Group | Unsecured | 429.45 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 223.36 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 194.29 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 38.22 | 0.00 |
| 10. | Capital One | Unsecured | 246.81 | 0.00 |
| 11. | Chicago Municipal Employees CU | Unsecured | 0.03 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 2,948.15 | 0.00 |
| 13. | AFNI | Unsecured | 143.09 | 0.00 |
| 14. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 15. | Check Recovery Systems | Unsecured |  | No Claim Filed |
| 16. | Lou Harris | Unsecured |  | No Claim Filed |
| 17. | Merrick Bank | Unsecured |  | No Claim Filed |
| 18. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 19. | USA Payday Loans | Unsecured |  | No Claim Filed |
|  |  |  | $ 31,574.13 | $ 10,773.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Crittenden, Carl

Printed: 12/10/08

Case Number:  07 B 03361
Judge:  Hollis, Pamela S
Filed:  2/27/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 550.70 |
| 6.5% | 78.00 |
| 6.6% | 0.33 |
|  | $ 629.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

